POTTER *v.* PHILLIPS & SONS.

BECK, J.  1. Grounds of a motion for a new trial not referred to in the brief of counsel for plaintiff in error are considered as abandoned in this court.

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*

JANUARY 23, 1913.

Complaint. Before Judge Morris. Fannin superior court. November 18, 1911.

*O. R. Dupree, William Butt,* and *Gober & Jackson,* for plaintiff in error. *Thomas A. Brown,* contra.